JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>       Plaintiff,<br><br>  vs.<br><br>CMA DESIGN & BUILD, INC., a Michigan corporation, and RWSI, INC., a Michigan corporation,<br><br>       Defendants. | CASE NO. CV 10-3701 JFW (EX)<br><br>ORDER RE DISMISSAL<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(i)] |

PURSUANT TO THE REQUEST FOR DISMISSAL by Plaintiff and good cause appearing thereof, IT IS HEREBY ORDERED that:

This action is dismissed without prejudice in its entirety.

DATED: July 8, 2010            _____
                                          JOHN F. WALTER, Judge of the
                                          UNITED STATES DISTRICT COURT
                                          CENTRAL DISTRICT OF CALIFORNIA